United States District Court
Southern District of Texas
**ENTERED**
May 13, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Lakeview Loan Servicing, LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-25-3062 |
| | § | |
| Robert A. Knoebel, Jr., et al., | § | |
| | § | |
| Defendants. | § | |

### <u>ORDER OF ADOPTION</u>

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 43) dated April 27, 2026, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Lakeview Loan Servicing, LLC's Motion for Default Judgment (docket no. 41) is **GRANTED** against Defendants Robert A. Knoebel, Jr. and Sarah S. Knoebel.

It is further **ORDERED** that Plaintiff Lakeview Loan Servicing, LLC's Motion for Default Judgment against Defendant and Sarah S. Knoebel (docket no. 25) is **DENIED AS MOOT**.

The Court will issue a separate Final Default Judgment.

**SIGNED** at Houston, Texas, on this the 13th day of May, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE